EASTERN DISTRICT OF MICHIGAN

In the Matter of:                                      Case No.    07-64898

John and Robin Wells                                   Chapter 13 Proceedings

Debtor(s)                                              Hon. Steven W Rhodes

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM.# | TRUSTEE CLM.# | CLASS OF CLAIM | CHECK# | AMT. OF CHECK |
|---|---|---|---|---|---|
| John and Robin Wells<br>PO Box 111<br>Onsted, MI  49265 | | | Debtor Unclaimed | 3428169 | $ 1.71 |
| **TOTAL** | | | | | $ 1.71 |

Dated: September 09, 2011

/s/KRISPEN S. CARROLL
Krispen S. Carroll, Standing
Chapter 13 Trustee
719 Griswold, Ste. 1100
Detroit, MI 48226
(313) 962-5035
Notice@det13ksc.com